# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 128 DB 2019  (No. 79 RST 2019) |
| | : | |
| | : | |
| TARA HARPER O'CONNOR | : | Attorney Registration No.  70420 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
|   FROM INACTIVE STATUS | : | (Allegheny) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 23rd day of September, 2019, the Report and Recommendation of Disciplinary Board Member dated September 16, 2019, is approved and it is ORDERED that Tara Harper O'Connor, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.